# EXHIBIT B

# SERVPRO — Authorization to Perform Services and Direction of Payment

**Customer Name:** Porters Neck CC
**Date of Loss:** _____
**Loss Address:** 8403 Vintage Club Dr
**City:** Wilmington **State:** ~~RD~~ NC **Zip:** 28411
**Insurance Company:** _____
**Claim Number (if available):** _____

The undersigned Customer, being the building owner, owner's representative, or resident, authorizes the Provider identified below to perform any and all necessary cleaning and/or restoration services on Customer's property located at the property address above, and with respect to items that need to be cleaned at a remote location to remove and clean such items as necessary.

Customer authorizes _____ Insurance Company, herein referred to as "Insurance Company," to pay Provider solely and directly for that portion of the work covered by Customer's insurance policy.

If, for any reason, Customer receives a check from Insurance Company made payable to Customer, Customer agrees to pay Provider immediately upon receipt of the check. In order to expedite payment to Provider, Customer hereby appoints Provider as attorney-in-fact, authorizing Provider to endorse Customer's name on Insurance Company checks or drafts, and to deposit Insurance Company checks or drafts for Provider services.

Customer agrees to pay Customer's deductible in the amount of $ _____ that applies to this claim. If any amounts owing to Provider for Provider services are not covered by insurance, Customer agrees to pay those amounts to Provider within fifteen (15) days of Customer's receipt of invoice. It is fully understood that Customer and its agents, successors, assigns, and heirs are personally responsible for any and all deductibles and any costs not covered by insurance. Interest and finance charges will be charged at the maximum allowable by law, or at 1.5% per month, whichever is less, on accounts over thirty (30) days past due. Time is of the essence.

Customer agrees that Provider is working for the Customer and not Customer's insurance company or any agent/adjuster.

**Property Owned By:** Members

**Remarks:** _____

**I HAVE READ THIS AUTHORIZATION TO PERFORM SERVICES AND DIRECTION OF PAYMENT, INCLUDING THE TERMS AND CONDITIONS OF SERVICE ON THE REVERSE SIDE HEREOF, AND AGREE TO SAME.**

**Customer Reviewed Customer Information Form:** O Y  O N

**Customer's Signature:** [signature]
**Printed Name:** Marc Tingle
**Date:** 8/23/18
**E-mail Address:** GM@portersneckcountryclub.com

**Provider's Signature:** [signature]
**Franchise Legal Name:** Pro Fire Water
**d/b/a SERVPRO® of:** South Chapel [?]
**Date:** 9-23-18
**Contractor License #:** _____

White: SERVPRO®   Yellow: Claims Professional   Pink: Customer
©SERVPRO® INTELLECTUAL PROPERTY, Inc.   ALL RIGHTS RESERVED   FE-051707 1.0
28000 08/14
Each SERVPRO® Franchise is Independently Owned and Operated.

# Authorization to Perform Services and Direction of Payment

## Terms and Conditions of Service
### READ CAREFULLY
**Note: This Contract includes a limitation of liability and limitation of remedies.**

1. SERVPRO® is one of the largest nationwide Cleaning and Restoration Franchise Systems in the United States. The SERVPRO® Franchise owner identified on the front of this Contract (the "Provider") is an independent contractor who agrees to perform the services identified on the front of this Contract (the "Services"). Client agrees to purchase, receive, and pay for the Services pursuant to the terms and conditions of this Contract. Servpro Industries, Inc., the Franchisor, is not a party to any agreement with Client, is not a guarantor of the Provider's Services, and is not subject to liability arising out of such Services.

2. Provider's performance of the Services is limited by, among other things, the pre-existing conditions and characteristics of the premises, material, fabrics, furniture, and/or other items. PROVIDER EXPRESSLY DISCLAIMS ANY RESPONSIBILITY OR LIABILITY FOR ANY PRE-EXISTING CONDITIONS. Client shall retain responsibility and shall be liable for all effects of and costs necessary to correct such conditions, including, by way of example and not limitation, the conditions identified below:

   (a) Provider may, in its sole discretion, pre-test materials for removability of spots or stains; dye or color fastness; shrinkage; fading; adhesive breakdown; or other problems. It is not always possible to determine these conditions in advance. PROVIDER DOES NOT GUARANTEE SPOT OR STAIN REMOVAL AND COLOR FASTNESS OR PREVENTION OF SHRINKAGE, FADING, OR ADHESIVE BREAKDOWN.

   (b) Provider DOES NOT GUARANTEE that wall and ceiling cleaning will restore the original color to painted surfaces.

   (c) Not all fabrics are conducive to cleaning. Provider shall use reasonable efforts to advise Client of any adverse effects which may be reasonably foreseen due to the nature of the fabric or material involved. PROVIDER DOES NOT GUARANTEE THAT SUCH MATERIALS CAN BE CLEANED OR THAT THERE WILL BE NO ADVERSE EFFECTS FROM ANY ATTEMPT TO CLEAN SUCH FABRICS.

   (d) A variety of materials are used in the manufacturing, upholstery and/or installation process. These materials include backing, lining, tacks, or other unknown substances that may cause discoloration or other adverse effects to the face material. Client acknowledges that it is impossible to determine when such adverse effects may occur and PROVIDER DOES NOT GUARANTEE AGAINST SUCH ADVERSE EFFECTS.

   (e) Client acknowledges and agrees that mold is commonly found throughout the environment and that it is impossible to eradicate mold. PROVIDER DOES NOT GUARANTEE THE REMOVAL OR ERADICATION OF MOLD.

3. PROVIDER SPECIFICALLY DISCLAIMS ANY AND ALL OTHER WARRANTIES AND ALL IMPLIED WARRANTIES (EITHER IN FACT OR BY OPERATION OF LAW) INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR ANY IMPLIED WARRANTY ARISING OUT OF A COURSE OF DEALING, CUSTOM OR USAGE OF TRADE. THIS CONTRACT PROVIDES FOR THE PROVISION OF SERVICES AND DOES NOT PROVIDE FOR A SALE OF GOODS.

4. <u>Limitation of Liability</u>:  IN NO EVENT SHALL PROVIDER, ITS OWNERS, ANY OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, FRANCHISOR, OR AFFILIATES BE RESPONSIBLE FOR INDIRECT, SPECIAL, NOMINAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL LOSSES OR DAMAGES, OR FOR ANY PENALTIES, REGARDLESS OF THE LEGAL OR EQUITABLE THEORY ASSERTED, INCLUDING CONTRACT, NEGLIGENCE, WARRANTY, STRICT LIABILITY, STATUTE OR OTHERWISE, EVEN IF IT HAD BEEN AWARE OF THE POSSIBILITY OF SUCH DAMAGES OR THEY ARE FORESEEABLE; OR FOR CLAIMS BY A THIRD PARTY. THE MAXIMUM AGGREGATE LIABILITY SHALL NOT EXCEED THREE TIMES THE AMOUNT PAID BY CUSTOMER FOR THE SERVICES OR ACTUAL PROVEN DAMAGES, WHICHEVER IS LESS. IT IS EXPRESSLY AGREED THAT CUSTOMER'S REMEDY EXPRESSED HEREIN IS CUSTOMER'S EXCLUSIVE REMEDY. THE LIMITATIONS SET FORTH HEREIN SHALL APPLY EVEN IF ANY OTHER REMEDIES FAIL OF THEIR ESSENTIAL PURPOSE. Some states/countries do not allow the exclusion or limitation of incidental or consequential damages, so the above may not apply to you.

5. Should Provider bring legal action to collect monies due under the Contract or should the matter be turned over for collection, Provider shall be entitled, to the fullest extent permitted under law, to reasonable legal fees and costs of any such collection attempt, in addition to any other amounts owed by Client. This attorney fee provision shall not be effective or enforceable in jurisdictions where attorney fee provisions are made reciprocal or invalid by operation of law. Consent is hereby given for filing of mechanic's liens by Provider for the work described in this contract on the property on which the work is performed if Provider is not paid.

6. Any labor, materials or other work beyond that identified in this Contract shall require a written amendment to this Contract and will result in additional charges.

7. Any claim by Client for faulty performance, for nonperformance or breach under this Contract for damages shall be made in writing to Provider within sixty (60) days after completion of services. Failure to make such a written claim for any matter which could have been corrected by Provider shall be deemed a waiver by Client. **NO ACTION, REGARDLESS OF FORM, RELATING TO THE SUBJECT MATTER** OF THIS CONTRACT MAY BE BROUGHT MORE THAN ONE (1) YEAR AFTER THE CLAIMING PARTY KNEW OR SHOULD HAVE KNOWN OF THE CAUSE OF ACTION.

8. A failure of either party to exercise any right provided for herein shall not be deemed to be a waiver of any right hereunder.

9. CLIENT AND PROVIDER EACH WAIVE THEIR RESPECTIVE RIGHTS TO A TRIAL BY JURY WITH RESPECT TO ANY AND ALL CLAIMS OR CAUSES OF ACTION (INCLUDING COUNTERCLAIMS) RELATED TO OR ARISING OUT OF OR IN ANY WAY CONNECTED TO THIS CONTRACT AND AGREE THAT ANY CLAIM OR CAUSE OF ACTION WILL BE TRIED BY A COURT TRIAL WITHOUT A JURY.

10. If any provision of this Contract is found to be ineffective, unenforceable or illegal for any reason under present or future laws, such provision shall be fully severable, and this Contract shall be construed and enforced as if such provision never comprised a part of this Contract. The remaining provisions of this Contract shall remain in full force and effect and shall not be affected by the ineffective, unenforceable or illegal provision or by its severance from this Contract.

11. No modification, termination, or attempted waiver of this Contract shall be valid unless in writing and signed by the party against whom the same is sought to be enforced.

**SERVPRO® Franchisees are always looking for motivated employees.
SERVPRO's individually owned and operated franchises offer a variety of positions including crew chief, production technician, marketing representative, administrative assistant, and many more.**



# SERVPRO
## TIME AND MATERIALS COMMERCIAL PRICING
## 1-800-SERVPRO (1-800-737-8776)

### Schedule A: Labor

| Category | Proposed Rate | Unit | Category | Proposed Rate | Unit |
|---|---|---|---|---|---|
| Project Coordinator | $130.00 | Per Hour | Restoration Supervisor | $58.00 | Per Hour |
| Project Estimator | $125.00 | Per Hour | Resource Coordinator | $58.00 | Per Hour |
| Sr. Project Manager | $115.00 | Per Hour | Remediation Technician (mold/lead certified) | $58.00 | Per Hour |
| Project Manager | $95.00 | Per Hour | CDL Driver | $55.00 | Per Hour |
| Health & Safety Officer | $90.00 | Per Hour | Skilled Labor/Tradesman | $54.00 | Per Hour |
| Technical Specialist | $85.00 | Per Hour | Production Technician | $50.00 | Per Hour |
| Assistant Project Manager | $75.00 | Per Hour | Clerical Administrator | $40.00 | Per Hour |
| Remediation Supervisor (mold/lead certified) | $68.00 | Per Hour | General Labor | $35.00 | Per Hour |
| Project Auditor/ Accountant | $65.00 | Per Hour | Management Fee | $3.50 | Per Hour |

All labor will be billed at the rates listed in Schedule A.

Management Fee applies to each customer employee on project (if customer wishes to use its own employees) plus Supervisor's hourly rate. Customer is responsible for payroll, taxes, workers' compensation, and benefits for each customer employees on project.

Travel time for personnel will be billed at regular rate.

The hourly scheduled labor rates will be charged portal to portal for all SERVPRO® personnel, labor subcontractors, and subcontractors fulfilling any labor classifications.

When circumstances beyond our control require SERVPRO® personnel to stand-by at the job site, a minimum stand-by charge of six (6) hours will be billed at the regular hourly rate (no overtime).

All hours worked on SERVPRO® recognized holidays (New Years Day, Easter, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, the Day after Thanksgiving, Christmas Eve, and Christmas Day) will be charged at 2 times the regular rate.

Invoicing standard will be based on state law regarding overtime rates.

All labor is subject to prevailing wage, unionized labor and local labor market requirements. In such events, Prevailing Wage General Labor will be invoiced at cost plus 30% or standard labor rate, whichever is greater.

During the course of performance of work, SERVPRO® may add additional labor classifications to the schedule above at rates to be determined by SERVPRO®.

SERVPRO® reserves the right to change the rate of any and all job classifications affected by market conditions.

Labor Modifier of 1.25 will be applied to the following areas: New York City (75 miles radius from Manhattan); Alaska, Hawaii; Washington, Colorado, Oregon, California, D.C., and other U.S. Territories. 1.25 premium shift may apply.

| Consumables Description | Proposed Rate | Unit | | Consumables Description | Proposed Rate | Unit | |
|---|---|---|---|---|---|---|---|
| All Surface Green Clean | $2.75 | Gallon | x | Box - Large | $5.00 | Each | x |
| All Surface Green Clean | $44.00 | Gallon | x | Box - Legal Size (1.2 cubic feet) | $5.45 | Each | x |
| Benefect Decon 30 | $69.00 | Gallon | x | Box - Medium | $4.20 | Each | x |
| Benefect Disinfectant | $78.22 | Gallon | x | Box - Small | $3.80 | Each | x |
| Benefect Disinfectant Wipes | $59.90 | 250 ct | x | Foam / Wood Blocks | $66.00 | Box | x |
| Brite N Neutral Cleaner | $1.65 | Gallon | x | Packing Paper (26" x 24" 140 ct recycled) | $39.98 | Box/50lb | x |
| Brite N Neutral Cleaner | $31.90 | Gallon | x | Tacky Mats 37" x 26" | $128.00 | PAD/30 | x |
| Carpet and Upholstery Green Clean | $4.02 | Gallon | x | Tarp (per square ft) | $0.30 | Each | x |
| Carpet and Upholstery Green Clean | $64.90 | Gallon | x | Wrap, Bubble - 12" x 125" | $39.94 | Roll | x |
| CitraSolvent | $90.86 | Gallon | x | Wrap, Shrink 16" x 1500' | $30.00 | Roll | x |
| Citrus Deodorizer, Water-Based | $4.88 | Gallon | x | | | | |
| Citrus Deodorizer, Water-Based | $41.40 | Gallon | x | Filter - Air Scrubber 2000 cfm - HEPA | $328.58 | Each | x |
| Coil Cleaner | $17.00 | Aerosol/Can | x | Filter - Air Scrubber 2000 cfm - Prefilter | $6.30 | Each | x |
| Coil Cleaner | $44.25 | Gallon | x | Filter - Air Scrubber 2000 cfm - Secondary per 12 pack | $133.86 | Each | x |
| Concrobium® Disinfectant | $55.30 | Gallon | x | Filter - Activated Carbon 2000 cfm | $174.60 | Each | x |
| Defoamer | $52.62 | Gallon | x | Filter - Activated Carbon 500 cfm Generic | $19.40 | Each | x |
| Duct Sealer | $74.92 | Gallon | x | Filter - Air Scrubber 500 cfm - HEPA Generic | $171.42 | Each | x |
| EnviroShield™ Odor and Stain Blocker (Clear/White) | $300.00 | 3.5 Gallon Pail | x | Filter - Air Scrubber 500 cfm - Secondary Generic | $16.26 | Each | x |
| Extreme Laundry Detergent | $47.58 | 9 lb pail | x | Filter - Air Scrubber 500 cfm - Prefilter | $9.68 | Each | x |
| Extreme Laundry Detergent | $165.38 | 35lb pail | x | Filter - Back Pak Vacuum Kit | $33.80 | Each | x |
| Fire Star | $63.00 | Gallon | x | Filter - Desiccant Dehumidifier - 5000 cfm | $13.90 | Each | x |
| Fire Star | $7.90 | Gallon | x | Filter - Refrigerant Dehumidifier - 754 | $31.50 | Each | x |
| Flame Stop | $78.40 | Gallon | x | Filter - Upright Vacuum | $3.50 | Each | x |
| Fuel Oil Degreaser | $4.74 | Gallon | x | Filter - Wet/Dry Vacuum, non-HEPA | $22.95 | Each | x |
| Fuel Oil Degreaser | $63.66 | Gallon | x | Filter Material, Poly Rolled Medium | $34.80 | Box | x |
| Furniture Polish | $14.42 | Aerosol/Can | x | Vacuum Cleaner Bags | $17.60 | Pak/10 | x |
| Glass Cleaner, Multi-Purpose | $7.00 | Aerosol/Can | x | Vacuum Cleaner Bags - Back Pack HEPA | $36.00 | Pak/10 | x |
| Glass Cleaner, Ready To Use | $18.36 | Gallon | x | Vacuum Cleaner Bags - Canister HEPA | $25.50 | Pak/6 | x |
| Glass Cleaner, Super Concentrate | $71.92 | Gallon | x | | | | |
| Heavy Duty Degreaser | $1.99 | Gallon | x | Carpet Protection Film 2' x 200' | $79.80 | Each | x |
| Heavy Duty Degreaser | $31.88 | Gallon | x | Cleaning Rags | $5.95 | Per lb | x |
| Industrial Cleaner | $2.69 | Gallon | x | Cleaning Towel | $10.60 | Dozen | x |
| Industrial Cleaner | $43.02 | Gallon | x | Cotton Mop Head | $14.30 | Each | x |
| Lemon Fresh Deodorizer | $2.06 | Gallon | x | Dusting Cloth - Masslin treated | $53.30 | 50/Bag | x |
| Lemon Fresh Deodorizer | $65.88 | Gallon | x | Lay Flat (Roll - 250' x 14") | $120.00 | Each | x |
| Lemon Oil Polish | $55.58 | Gallon | x | Lay Flat (Roll - 500' x 33") | $700.00 | Each | x |
| Liquid Emulsifier | $42.04 | Gallon | x | Rayon Mop Head | $18.54 | Each | x |
| Microban Disinfectant | $78.00 | Gallon | x | Shoe Covers | $97.00 | 150/Case | x |
| Powdered Emulsifier | $64.92 | Gallon | x | Sponge Dry Clean | $190.00 | 48/Case | x |
| Pre-Spray & Traffic Lane Cleaner | $3.52 | Gallon | x | Trash Bags, Contractor - 3 mil | $50.00 | Box 50 | x |
| Pre-Spray & Traffic Lane Cleaner | $56.30 | Gallon | x | Trash Bags, Environmental 6 mil | $50.00 | Box 20 | x |
| Rusticide | $28.00 | Quart | x | Wall Zippers (2 pack) | $30.50 | Each | x |
| SERVPRO Green | $21.72 | Gallon | x | Zip Ties 14" - Industrial | $21.55 | Pak/20 | x |
| SERVPRO Orange | $42.80 | Gallon | x | Zip Ties 36" - Industrial | $34.40 | Pak/10 | x |
| SERVPRO Orange Plus | $58.00 | Gallon | x | Zip Ties 48" - Industrial | $46.25 | Pak/10 | x |
| Shampoo Super Concentrate | $1.99 | Gallon | x | | | | |
| Shampoo Super Concentrate | $63.54 | Gallon | x | Gloves, Chemical Resistant | $82.40 | Dozen | x |
| Smoke Deodorizer | $116.50 | Gallon | x | Gloves, Leather Safety/Work | $96.00 | Dozen | x |
| Solvent Additive | $86.60 | Gallon | x | Gloves, Nitrile/Latex | $25.12 | Box/100 | x |
| Sporicidin | $59.90 | Gallon | x | Hearing Protection | $24.50 | 20/box | x |
| Stainless Steel Cleaner | $12.78 | Aerosol/Can | x | PPE Package (**) | $35.00 | Day/ Per Person | x |
| Stone and Porcelain Cleaner | $35.90 | Gallon | x | Respirator Cartridges - Ammonia | $24.40 | Each | x |
| Tile & Grout Cleaner | $30.80 | Gallon | x | Respirator Cartridges - Organic | $22.90 | Each | x |
| Ultra Content CleanER | $53.00 | 5 Gallon | x | Respirator N 95 Paper Respirator | $41.20 | Box/20 | x |
| Ultrasonic Cleaning Agent | $46.14 | 5 Gallon | x | Safety Goggles (Chemical Splash) | $18.90 | Each | x |
| Upholstery/Drapery Solvent, Heatable | $58.34 | Gallon | x | Safety Glasses | $4.50 | Each | x |
| Vanquish | $49.90 | Gallon | x | Tyvek (Bio Shield Coveralls) | $206.00 | Case/25 | x |
| Wall and All Plus | $49.60 | Gallon | x | | | | |
| Wall and All Surface Cleaner | $42.66 | Gallon | x | Spray Adhesives | $24.00 | Aerosol/Can | x |
| Wall Rinse | $44.76 | Gallon | x | Tape, Caution 3" x 1000' HDX | $15.94 | Roll | x |
| Window Green Clean | $19.78 | Gallon | x | Tape, Duct - 2" x 60 yrds | $11.00 | Roll | x |
| Wintergreen Deodorizer | $51.20 | Gallon | x | Tape, HVAC 2" x 50 yrds | $21.00 | Roll | x |
| | | | | Tape, Painter (Blue) 2" x 60yrds | $14.16 | Roll | |

| | | |
|---|---|---|
| Eco Board Floor Protection 38" x 100' - Roll | $118.00 | Each |
| Floor Protection 15" x 1,100' - Roll | $228.00 | Each |
| Plastic Sheeting 3.1 mil - 12' x 400' - Roll | $50.00 | Each |
| Plastic Sheeting 4 mil - 20' x 100' Roll | $96.00 | Each |
| Plastic Sheeting 6 mil - 20' x 100' Roll | $196.00 | Each |
| Plastic Sheeting 6 mil - Fire Retardant 20' x 100' - Roll | $331.00 | Each |
| Plastic Sheeting Hangers - Blue | $510.00 | Case |

During the course of performance of the work, SERVPRO® may add additional consumables to the Rate Schedule.
SERVPRO® reserves the right to adjust the unit rate of scheduled consumables affected by market conditions.
Non-scheduled materials purchased for the benefit of the project will be billed at cost plus 10% and 10%.
**PPE Package (Includes Respirator - Full or Half Mask, Hard Hat, Safety Glasses, N-95 Dust Mask, Gloves (Latex), Safety Vest, Ear Plugs, Tyvek Suit, Knee Pads); This rate is based on normal usage, additional charges will be added for jobs requiring heavy usage.

ZIP POLES $5.00 EACH / PER DAY

## Schedule C: Equipment

| Equipment Description | Proposed Rate | Unit | Equipment Description | Proposed Rate | Unit |
|---|---|---|---|---|---|
| **Air Mover/Compressor** | | | **Power** | | |
| Air Compressor, Portable | $40.00 | Ea/Day | 1/0 Cable | $35.00 | Ea/Day |
| Air Mover, Axial | $42.00 | Ea/Day | 2/0 Cable | $27.50 | Ea/Day |
| Air Mover, Carpet | $30.00 | Ea/Day | Cable Ramps | $15.95 | Ea/Day |
| Air Scrubber, 2000 cfm | $150.00 | Ea/Day | Generator Cable, 5 Band | $75.00 | Ea/Day |
| Air Scrubber, 500 cfm | $75.00 | Ea/Day | Generator, 20k W | $365.00 | Ea/Day |
| | | | Generator, 50k W | $725.00 | Ea/Day |
| **Fogger/Mac-o-mist** | | | Generator, 100k W | $815.00 | Ea/Day |
| Fogger | $40.00 | Ea/Day | Generator, 150k W | $975.00 | Ea/Day |
| Fogger, Thermal | $120.00 | Ea/Day | Generator, 200k W | $975.00 | Ea/Day |
| Media Blasting Machine | $475.00 | Ea/Day | Generator, Portable | $124.50 | Ea/Day |
| Pressure Washer | $125.00 | Ea/Day | Power Distribution, 100-200 Amp | $120.00 | Ea/Day |
| Pressure Washer, Hot | $176.00 | Ea/Day | Power Tools | $28.50 | Ea/Day |
| | | | Spider Box | $75.00 | Ea/Day |
| Canister HEPA Vac | $183.00 | Ea/Day | | | |
| Insulation Vacuum | $325.00 | Ea/Day | **HVAC** | | |
| Orbital Floor Machine | $42.50 | Ea/Day | HVAC Clean-Up System (**) | $565.00 | Ea/Day |
| Portable Carpet Machine | $325.00 | Ea/Day | Video Inspection | $252.00 | Ea/Day |
| Portable Dry Cleaning Machine | $325.00 | Ea/Day | **Pumps** | | |
| Portable Extractor | $148.00 | Ea/Day | Pump, Sump | $65.00 | Ea/Day |
| Portable Fuel Cells | $25.00 | Ea/Day | Pump, Trash | $235.00 | Ea/Day |
| Truck Mount Carpet Machine | $475.00 | Ea/Day | **Safety** | | |
| Rover Extraction Unit | $198.00 | Ea/Day | Personal Fall Protection | $55.50 | Ea/Day |
| Ultrasonic Cleaning Machine | $375.00 | Ea/Day | | | |
| Vacuum, Upright Vacuum Cleaner | $26.25 | Ea/Day | | | |
| Vacuum, Back Pack, HEPA | $125.00 | Ea/Day | **Site** | | |
| Vacuum, Wet/Dry | $50.00 | Ea/Day | 2-Way Radio/Communication | $25.00 | Ea/Day |
| Vapor Shark | $76.50 | Ea/Day | Demo Carts | $20.00 | Ea/Day |
| | | | Floor Scraper, Electric | $125.00 | Ea/Day |
| Camera, Infrared | $150.00 | Ea/Day | Lighting, 100' String Lights | $25.00 | Ea/Day |
| Dehumidifier, Large Commercial >25 Gallon | $145.00 | Ea/Day | Lighting, 50' String Lights | $16.00 | Ea/Day |
| Dehumidifier, Medium Commercial <25 gallon | $105.00 | Ea/Day | Lighting, Demo Lights | $25.00 | Ea/Day |
| Desiccant, 1,000 cfm | $575.00 | Ea/Day | Lighting, Tower Mobile | $155.00 | Ea/Day |
| Desiccant, 3,000 cfm | $975.00 | Ea/Day | Lighting - Wobbles | $43.50 | Ea/Day |
| Desiccant, 5,000 cfm | $1,475.00 | Ea/Day | Lock-Out/Tag-Out Kit | $25.00 | Ea/Day |
| Desiccant, 10,000 cfm | $2,175.00 | Ea/Day | Scaffolding, Bakers (per section) | $42.50 | Ea/Day |
| 5000 cfm Desiccant Package Unit (**) | $2,600.00 | Ea/Day | Mobile Office Equipment (p/k/a Accounting Package) ** | $65.00 | Ea/Day |
| Desiccant, 15,000 cfm | $3,900.00 | Ea/Day | **Vehicles** | | |
| Dry Force Injectidry (Wall Cavity) | $130.00 | Ea/Day | Vehicle - Auto/Pick-up | $125.00 | Ea/Day |
| DX Unit 1 ton | $275.00 | Ea/Day | Vehicle - Box Truck | $175.00 | Ea/Day |
| DX Unit 10 Ton | $975.00 | Ea/Day | Vehicle - Cargo Van | $125.00 | Ea/Day |
| DX Unit 25 Ton | $1,225.00 | Ea/Day | Vehicle - Mobile Command Center | $500.00 | Ea/Day |
| Flex Duct | $25.00 | Ea/Day | Vehicle - Onsite Recovery Trailer (53') | $165.00 | Ea/Day |
| Moisture Mapping Kit (**) | $125.00 | Ea/Day | Vehicle - Semi-Tractor | $350.00 | Ea/Day |
| Temporary Heat 150k-200k BTU | $750.00 | Ea/Day | Vehicle - Trailer | $125.00 | Ea/Day |
| Temporary Heat 200k-300k BTU | $1,050.00 | Ea/Day | Golf Cart/Utility | $35.00 | Ea/Day |
| Temporary Heat 300k-450k BTU | $1,250.00 | Ea/Day | | | |
| Desiccant Door Kit - Total, one time charge | $325.00 | Per Opening | | | |
| | | | | | |
| Airless Sprayer | $125.00 | Ea/Day | | | |
| Hydroxy | $360.00 | Ea/Day | | | |
| Ozone Generator, Activated Oxygen | $125.00 | Ea/Day | | | |

** Small Tools Charge (i.e., small tools charges are calculated on the "hands on" working labor dollars. This would include Supervisor and below classifications that are on site full time.)

Scheduled prices do not include fuel. Fuel will be billed at cost plus 10% and 10%.

The Daily Rental Rate is charged for each calendar day equipment is utilized on a project, whether a partial day or complete day.

During the course of performance of work, SERVPRO may add additional equipment to the schedule.

SERVPRO® shall invoice the customer for the transportation of equipment and materials to the project, and for the return of equipment and materials back from the project at cost plus 10% and 10% for 3rd party vendors. Transportation by SERVPRO® Staff will be invoiced at the scheduled rates.

**HVAC Package includes: Negative Air Machine, Compressor, Portable Cleaner, and WIP Kit.

**Desiccant Package Unit includes: 5k Desiccant, 150kW Generator, Fuel Cell, Trailer, Distro Panel, Flex Duct/1 set, Power Cables/1 set.

**Moisture Mapping Kit includes: Thermal Hygrometer, Moisture Meter (with Probes), Thermal Imaging System

**Mobile Office Equipment includes the following: Portable computers, Monitors, tablets, applicable software, printers, scanners, general office equipment, etc.

Non-scheduled equipment rented for the benefit of the project will be billed at cost plus 10% and 10%.

## Small Tools Itemized

### Descriptions

| | | |
|---|---|---|
| Adjustable Wrenches | Gang Boxes | Scrapers |
| Bar, Flat Pry | Generator Aux. Adapter 220 V | Shovels |
| Barrel Pumps | GFI Scraper, Long Handle | Siphone Pump |
| Blades - Replacement on all saws, sawalls, razor knives and demo | Hammers | Small Power Tools |
| Bolt cutters | Hand Sanitizer | Small Tools - pliers, screw drivers, etc. |
| Brooms (Corn, Street and Push) | Hand Truck | Smocks, Vests and T-shirts |
| Brushes - All types | Hog Rings | Spray Bottles and Triggers |
| Buckets - All types | Hot Rings/Pliers | Squeegees |
| Bulb, Replacement | Ice Chests | Staple Guns |
| Cell phones and all associated charges | Inventory Tags | Table |
| Chain 25' Length | Ladders - All Sizes | Tape Gun |
| Chain Saws - gas and electric | Laundry cost for reuse of rags will be paid at cost plus 10% | Tool Box |
| Chains | Laundry cost for Smocks - T-shirts, Etc. | Tool Kit (Mechanical) |
| Chairs | Locks | Trash Barrel |
| Chalk and Chalk Line | Mop Buckets | Unger Poles |
| Demo Tools | Mop Handles | Utility Knives |
| Dolly's (2 and 4 wheel) | Mop Wringers | Wash Tubs |
| Drill bit set | MSDS | Water Cooler |
| Drills | O2 Meters | Water Hose |
| Drinking Cups | Pallet Jacks - All Types | Water hose spray nozzle |
| Dust Pans | Pump Sprayers - all types including Hudson | Water Hose Y Connector |
| Dusters | Putty Knife | Water Retention Devices |
| Electric Heaters less than 15kw | Repair Kit - Hose, Airless, Electric | Wheelbarrow |
| Extension Cords | Rope 50", Nylon, Hemp | |
| Fire Extinguishers | Roto Zips | |
| First Aid Kits | Sanders | |
| Flash Lights | Saw, Demo | |
| Fuel Cans | Saw, Hack | |
| Funnel, Small | Scissors | |

Small tools charges are calculated on the "hands on" working labor dollars. This would include Supervisor and below classifications that are on site full-time.

## Schedule D: Reimbursables

**Subcontract**

Subcontract includes various trades and site services required in the performance of the project and will be invoiced 10% Overhead and 10% Profit

**Equipment**

Equipment rented for the benefit of the project will be billed at cost plus 10% and 10%.

SERVPRO® shall invoice the customer for the transportation of equipment and materials to the project, and for the return of equipment and materials back from the project at cost plus 10% and 10% for 3rd party vendors. Transportation by SERVPRO® Staff will be invoiced at the scheduled rates.

## Schedule E: Miscellaneous

**Materials**

Materials purchased for the benefit of the work will be billed at cost plus 10% and 10%.

**Transportation**

SERVPRO® shall be reimbursed for travel expenses and documented costs below:
- Hotel: Cost plus 10% and 10%
- Per Diem: $45 per person/per day or subject to local GSA rates, whichever is higher, plus 10% and 10%.
- Rented Vehicles: Cost plus 10% and 10%.
- Airfare: Cost plus 10% and 10%
- Transportation: SERVPRO® will invoice the Customer for transportation of equipment and materials utilized for the benefit of the project at a cost plus 10% and 10%
- Meals: Provided for General Labor for the benefit of the project will be charged at cost plus 10% and 10%.

The rates contained in this schedule are exclusive of any associated permits or fees. Those permit costs and fees shall be billed by the company to the Customer, and shall be compensated for all such costs on the basis of actual costs incurred for such items plus 10% and 10%.

The rates contained in this schedule are exclusive of any Federal, State and Local Sales or Use Taxes.

Assignment of Contract: Periodically, SERVPRO® Franchise Operators will work in conjunction with other SERVPRO® Franchise Operators to perform necessary services. This agreement authorizes additional SERVPRO® Franchises to act on behalf of the SERVPRO® Franchise noted on this contract.

Bonding will be invoiced at 5% of job, as required.

Invoices generated in accordance with the SERVPRO® Time and Materials Schedule will be submitted periodically for work that has been performed. As such, all invoices are due and payable upon receipt and will be considered late 30 days after receipt of the invoice. If there any disputed charges on any invoice these should be clearly identified in writing within 30 days. Undisputed charges are due immediately and an additional 30 days will be allowed to resolve disputed charges. Interest charges will begin to accrue after 30 days for undisputed charges and after 60 days for the disputed charges at the rate of: 1) 1.5% per month or the maximum allowable by law, or 2) as specified in the terms and conditions of the applicable contract. Applicable collection Attorney fees will be charged for any services required as a result of delayed payment.

---

Agreed and accepted on this the **20** day of **September**, 20**18**.

| Client's Signature: *[signature]* | Provider Signature: *[signature]* |
|---|---|
| Printed Name: MARC Tingle | Provider Legal Name: |
| Street Address: 8403 Vintage Club Drive | d/b/a SERVPRO® of: |
| City, State and Zip: Wilmington, NC 28411 | Entity Type: ☐ Corporation ☐ LLC ☐ Partnership or ☐ Sole Proprietorship |