UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-cv-00061-BO

| | |
|---|---|
| PORTERS NECK COUNTRY CLUB, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.,<br><br>　　　　　Defendant. | **NOTICE OF DISPUTE RESOLUTION AND REQUEST FOR STAY** |

NOW COME the Parties, jointly and by and through their undersigned counsel, and state that the matters in dispute between them with regard to this lawsuit have been resolved. The Parties are working on the resolution related documents and a stipulation of dismissal with prejudice, and anticipate that they will be in a position to file the stipulation of dismissal within the next thirty (30) days. Accordingly, the Parties also request that the Court stay any and all pending deadlines in this matter through at least August 7, 2019.

Respectfully submitted this the 8th day of July, 2019.

| ANDERSON KILL P.C. | COZEN O'CONNOR |
|---|---|
| BY:　*/s/Finley T. Harckham*<br>　　　Finley T. Harckham<br>　　　Nicholas R. Maxwell<br>　　　1251 Avenue of the Americas<br>　　　New York, NY 10020<br>　　　Tel: 212-278-1000<br>　　　E-mail: fharckham@andersonkill.com<br>　　　E-mail: nmaxwell@andersonkill.com<br>　　　*Special Appearance Counsel for Plaintiff* | BY:　*/s/Patrick M. Aul*<br>　　　Patrick M. Aul, NC Bar #39506<br>　　　301 S. College Street, Suite 2100<br>　　　Charlotte, NC 28202<br>　　　Telephone: 704-376-3400<br>　　　Facsimile: 704-334-3351<br>　　　E-mail: paul@cozen.com<br>　　　*Attorneys for Defendant* |

WARD AND SMITH, P.A.

BY: */s/Alex C. Dale*
    Alex C. Dale, NC Bar #28191
    127 Racine Drive
    Wilmington, NC 28403
    Telephone: 910-794-4800
    Facsimile: 910-794-4877
    E-mail: acd@wardandsmith.com
    *Local Rule 83.1 Counsel for Plaintiff*

LEGAL\41797956\1