UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-cv-00061-BO

PORTERS NECK COUNTRY CLUB, INC.,

    Plaintiff,

vs.

ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the Parties, jointly and by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiff Porters Neck Country Club, Inc. in this action and this action in its entirety against Defendant Allied World Assurance Company (U.S.) Inc. Each party to bear their own costs, expenses, and attorneys' fees as incurred.

Respectfully submitted this the 7th day of August, 2019.

| ANDERSON KILL P.C. | COZEN O'CONNOR |
|---|---|
| BY:   */s/Finley T. Harckham* <br> Finley T. Harckham <br> Nicholas R. Maxwell <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Tel: 212-278-1000 <br> E-mail: fharckham@andersonkill.com <br> E-mail: nmaxwell@andersonkill.com <br> *Special Appearance Counsel for Plaintiff* | BY:   */s/Patrick M. Aul* <br> Patrick M. Aul, NC Bar #39506 <br> 301 S. College Street, Suite 2100 <br> Charlotte, NC 28202 <br> Telephone: 704-376-3400 <br> Facsimile: 704-334-3351 <br> E-mail: paul@cozen.com <br> *Attorneys for Defendant* |

WARD AND SMITH, P.A.

BY: <u>*/s/Alex C. Dale*</u>
     Alex C. Dale, NC Bar #28191
     127 Racine Drive
     Wilmington, NC 28403
     Telephone: 910-794-4800
     Facsimile: 910-794-4877
     E-mail: acd@wardandsmith.com
     *Local Rule 83.1 Counsel for Plaintiff*

CERTIFICATE OF SERVICE

       I hereby certify that on August 7, 2019, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Finley T. Harckham, Esq., Nicholas R. Maxwell, Esq., and Patrick M. Aul, Esq.

*/s/ Alex C. Dale*
Alex C. Dale
N.C. State Bar I.D. No.: 028191
email: acd@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC 28406-7068
Telephone: 910.794.4800
Facsimile: 910.794.4877
*Local Rule 83.1 Counsel for Plaintiff*